**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**OLANDIS MOORE**                                                    **PETITIONER**

VS.                **CASE NO. 4:13-CV-00074-KGB-HDY**

**DAVID EBERHARD, Director,**
**Arkansas Department of Community**
**Corrections: Parole and Probation**                            **RESPONDENT**

<u>**ORDER**</u>

The Court has received proposed Findings and Recommendations from United States Magistrate Judge H. David Young (Dkt. No. 6). No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 2nd day of April, 2013.

                                            _/s/ Kristine G. Baker_
                                            Kristine G. Baker
                                            United States District Judge