**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**OLANDIS MOORE**                                                                                       **PETITIONER**

**VS.**                              **CASE NO. 4:13-CV-00074-KGB-HDY**

**DAVID EBERHARD, Director,**
**Arkansas Department of Community**
**Corrections: Parole and Probation**                                              **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from United States Magistrate Judge H. David Young (Dkt. No. 6). No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 2nd day of April, 2013.

_____
Kristine G. Baker
United States District Judge