IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**OLANDIS MOORE**                                                                                             **PETITIONER**

v.                                     Case No. 4:13-cv-00074 KGB

**DAVID EBERHARD, Director,**
Arkansas Department of Community
Corrections: Parole and Probation                                                                    **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young (Dkt. No. 15). After careful review of those Findings and Recommendations, the objections and amended objections received thereto (Dkt. Nos. 16, 17), and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Olandis Moore's petition for writ of habeas corpus is dismissed, and the relief sought is denied (Dkt. No. 2). Judgment will be entered accordingly.

Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, the Court must issue or deny a certificate of appealability when it enters a final order adverse to an applicant. A certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. *Id*; 28 U.S.C. § 2253(c)(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

SO ORDERED this 11th day of March, 2014.

_____
Kristine G. Baker
United States District Judge