**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**OLANDIS MOORE**                                                                                   **PETITIONER**

v.                                   Case No. 4:13-cv-00074 KGB

**DAVID EBERHARD, Director,**
**Arkansas Department of Community**
**Corrections: Parole and Probation**                                                **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, it is considered, ordered, and adjudged that Olandis Moore's petition for writ of habeas corpus is denied and dismissed with prejudice. The relief sought is denied. Thus, the certificate of appealability is denied.

SO ADJUDGED this the 11th day of March, 2014.

_____
Kristine G. Baker
United States District Judge